| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) TROTT, Stephen S. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 05/04/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
550 W. Fort Street, Room 667
Boise, Idaho 83724

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boise Philharmonic Association & Foundation |
| 2. | Board Member | Esther Simplot Performing Arts Center |
| 3. | Advisory Committee Member | Childrens Home Society of Idaho |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Vested interest in a retirement plan maintained by Los Angeles Cnty, CA. I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Los Angeles County California Retirement | $12,000.00 |
| 2. | 2011 | "Highwaymen" LLC, Record Sales & Performance Fees | $4,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Santa Clara Law School | Sept. 9-12, 2011 | Santa Clara, CA | Presentation of Clarence Darrow Trial | Transportation |
| 2. | Harvard Law School | Nov. 8-11, 2011 | Cambridge, MA | Lecture on Informants | Transportation & Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. All State Corp. All | A | Dividend | | | Sold | 01/20/11 | J | A | |
| 2. Chevron Corp CVX | D | Dividend | M | T | | | | | |
| 3. Exon Mobil Corp XOM | B | Dividend | L | T | | | | | |
| 4. Realty Income Corp Reit O | C | Dividend | L | T | | | | | |
| 5. Verizon Comm. Com. VZ | A | Dividend | | | Sold | 01/20/11 | J | B | |
| 6. San Diego Cnty CACTF Partn. Sharp 5.25% | A | Dividend | J | T | | | | | |
| 7. - CPN 5% due 8/15/28 Call 07/23/10 @ 101.00 | | | | | | | | | |
| 8. - Moody A3 - S&PA CUSIP (X-1) | | | | | | | | | |
| 9. Calamos Invy Tr New Growth Fd CGRIX (X) (X-A) | D | Dividend | J | T | | | | | |
| 10. Calamos Invt Tr New Growth Fd Instl CL CGRIX | D | Dividend | J | T | Sold (part) | 02/23/11 | J | B | |
| 11. Dodge Cox Intl Stk Fd DODFX | D | Dividend | J | T | | | | | |
| 12. Dodge Cox Intl Stk Fd DODFX | B | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 13. Dodge Cox Intl Stk Fd DODFX | D | Dividend | J | T | Buy | 09/22/11 | J | | |
| 14. Goldman Sachs TR Square Money MKT FD FSMXX | A | Dividend | | | Sold | 06/29/11 | J | B | |
| 15. Growth Fund of America Class F GFAFX | D | Dividend | J | T | | | | | |
| 16. Growth Fund of America Class F GFAFX | D | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 17. Janus Inst Overseas FD JIGFX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Inst Overseas FD JIGFX | B | Dividend | J | T | Buy | 09/12/11 | J | | |
| 19. Janus Adv Mid Cap Value Cl I JMVAX | A | Dividend | J | T | | | | | |
| 20. Janus Adv Mid Cap Value Cl I JMVAX | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 21. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | | | | | |
| 22. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 23. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Buy | 09/12/11 | J | | |
| 24. Mutual Ser FD Inc Global Dis Fd CL Z MDISX | A | Dividend | K | T | | | | | |
| 25. J.P. Morgan US Govt Money MKT Fund Instl Class IJGXX (X) | E | Dividend | J | T | Buy | 06/29/11 | J | | |
| 26. J.P. Morgan US Govt Money MKT Fund Instl Class IJGXX (X) | A | Dividend | J | T | Sold (part) | 09/12/11 | J | A | |
| 27. Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | | | | | |
| 28. Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | Sold (part) | 02/24/11 | J | A | |
| 29. Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 30. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | | | | | |
| 31. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Buy | 01/14/11 | J | | |
| 32. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 33. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Sold (part) | 09/22/11 | J | A | |
| 34. Vanguard Index Trust 500 Portfolio Inv Fd VFINX | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Index Trust 500 Portfolio Inv Fd VFINX | C | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 36. Vanguard S&P 500 Ind Fd Sig Shrs VIFSX - Van'd VFINX (X*1) | A | Dividend | J | T | | | | | |
| 37. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | D | Dividend | J | T | | | | | |
| 38. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 39. Vanguard Sm Cap Sig Shrs VSISX - Van'd NAESX (X*3) | A | Dividend | J | T | | | | | |
| 40. Vanguard Sm Cap Sig Shrs VSISX - Van'd NAESX (X*3) | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 41. Vanguard Bond Index FD Short Term VBISX (X-A) | A | Dividend | J | T | | | | | |
| 42. Vanguard Sht Trm Bd Ind Sig Shrs VBSSX - Van'd VBISX (X*6) | A | Dividend | J | T | Sold (part) | 08/24/11 | J | A | |
| 43. Vanguard Fixed Income Sec. FD Short VFSTX | A | Dividend | J | T | | | | | |
| 44. Vanguard Fixed Income Sec. FD Short VFSTX | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 45. Vanguard Fixed Income Sec. FD Short VFSTX | A | Dividend | J | T | Sold (part) | 08/24/11 | J | A | |
| 46. Vanguard Mid Cap Index Fd CL 1 VIMSX | C | Dividend | J | T | | | | | |
| 47. Vanguard Mid Cap Index Fd CL 1 VIMSX | C | Dividend | J | T | Sold (part) | 03/09/11 | J | A | |
| 48. Vanguard Mid Cap Ind Fd Sig Shrs VMISX - Van'd VIMSX (X*2) | C | Dividend | J | T | | | | | |
| 49. Vanguard Bond Index VBMFX | D | Dividend | J | T | | | | | |
| 50. Vanguard Bond Index VBMFX | D | Dividend | J | T | Sold (part) | 03/22/11 | J | A | |
| 51. Vanguard Total Bd Mkt Ind Sig Shrs VBTSX - Van'd VBMFX (X*5) | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Inst STK Index Fund VGTSX | A | Dividend | J | T | | | | | |
| 53. Vanguard Total Int'l Stk Ind Sig Shr VTSGX-Van'd VGTSX (X*4) | A | Dividend | J | T | | | | | |
| 54. Calamos Inv TR New Growth FD CL CGRIX | A | Dividend | J | T | | | | | |
| 55. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 56. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | | | | | |
| 57. Goldman Sachs TR FINL Square Money MKT FSMXX | A | Dividend | | | Sold | 06/29/11 | J | B | |
| 58. Growth Fund American Fund - Class F GFAFX | A | Dividend | J | T | | | | | |
| 59. Janus Advisers Ser Adv Mid Cap Cl 1 JMVAX | A | Dividend | J | T | | | | | |
| 60. Janus Invt FD Overseas - FD CL 1 JIGFX | A | Dividend | J | T | | | | | |
| 61. Janus Invt FD Overseas - FD CL 1 JIGFX | A | Dividend | J | T | Sold (part) | 02/15/11 | J | A | |
| 62. Janus Invt FD Overseas - FD CL 1 JIGFX | A | Dividend | J | T | Buy | 09/12/11 | J | | |
| 63. J.P. Morgan US Gov't Money Mkt Fd Intl Class IJGXX (X) | A | Dividend | J | T | Buy | 06/29/11 | K | | |
| 64. J.P. Morgan US Gov't Money Mkt Fd Intl Class IJGXX (X) | A | Dividend | J | T | Sold (part) | 08/24/11 | J | A | |
| 65. J.P. Morgan US Gov't Money Mkt Fd Intl Class IJGXX (X) | A | Dividend | J | T | Sold (part) | 09/12/11 | J | A | |
| 66. Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | | | | | |
| 67. Mutual Ser FD Inc GLBL Discovery Fd CL Z MDISX | A | Dividend | J | T | | | | | |
| 68. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | Buy | 03/22/11 | J | | |
| 70. PIMCO FDS Pac Invt Mgt Ser Total Return PTTRX | A | Dividend | J | T | | | | | |
| 71. PIMCO FDS Pac Invt Mgt Ser Total Return PTTRX | A | Dividend | J | T | Buy | 03/22/11 | J | | |
| 72. PIMCO FDS Pac Invt Mgt Ser Total Return PTTRX | A | Dividend | J | T | Sold (part) | 08/24/11 | J | A | |
| 73. Vanguard Index Trust 500 Portfolio Inv Fund VFINX | A | Dividend | J | T | | | | | |
| 74. Vanguard S&P Index Fd Sig Shrs VIFSX - Van'd VFINX (X*1) | A | Dividend | J | T | | | | | |
| 75. Vanguard Index TR Small Cap Stock Portfolio NAESX | A | Dividend | J | T | | | | | |
| 76. Vanguard Index TR Small Cap Stock Portfolio NAESX | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 77. Vanguard Small Cap Ind Sig Shrs VSISX - Van'd NAESX (X*3) | A | Dividend | J | T | | | | | |
| 78. Vanguard Mid Cap Ind Fd Sig Shrs VMISX - Van'd VIMSX (X*2) | A | Dividend | J | T | | | | | |
| 79. Vanguard Total Stk Index Fund VGTSX | A | Dividend | J | T | | | | | |
| 80. Vanguard Total Stk Index Sig Shrs VTSGX - Van'd VGTSX (X*4) | A | Dividend | J | T | | | | | |
| 81. Vanguard Municipal Bond Fund VMLTX | A | Dividend | J | T | | | | | |
| 82. Vanguard Municipal Bond Fund Lrntd Term Tax Exempt VMLTX | A | Dividend | J | T | Sold (part) | 09/23/11 | J | A | |
| 83. Vanguard Municipal Bond Fund Short Term VWSTX | D | Dividend | J | T | | | | | |
| 84. Vanguard Municipal Bond Fund Short Term VWSTX | B | Dividend | J | T | Buy | 01/14/11 | J | | |
| 85. Vanguard Municipal Bond Fund Short Term VWSTX | A | Dividend | J | T | Buy | 02/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | IRA - US Bank Cash Equivalent | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII: This, except for line #86 (IRA U.S. Bank), belongs to        separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

The conversions listed below took place on 3/28/11:
(X*1) - Convert Vanguard S&P 500 Index Fund Investor Shares (VFINX to Vanguard S&P 500 Index Fund Signal Shares (VIFSX).
(X*2) - Convert Vanguard Mid Cap Index Fund Investor Shares (VIMSX) to Vanguard Mid Cap Index Fund Signal Shares (VMISX).
(X*3) - Convert Vanguard Small Cap Index Investor Shares (NAESX) to Vanguard Small Cap Index Signal Shares (VSISX).
(X*4) - Convert Vanguard Total International Stock Index Investor Shares (VGTSX) to Vanguard Total International Stock Index Signal Shares (VTSGX).
(X*5) - Convert Vanguard Total Bond Market Index Investor Shares (VBMFX) to Vanguard Total Bond Market Index Signal Shares (VBTSX).
(X*6) - Convert Vanguard Short Term Bond Index Investor Shares (VBISX) to Vanguard Short Term Bond Index Signal Shares (VBSSX).

(X-A) - Line 9 - Left off last year - Bought: 05/18/10 and can't put date in.
(X-A) - Line 41 - Left off last year - Bought 04/15/10 and can't put date in.

Note:   This report consists of three separate accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/04/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen S. TROTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544